UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMAR PRESSLEY,<br><br>                                 Plaintiff,<br><br>vs.<br><br>M. PACHECO,<br><br>                                Defendant. | Case No. 17cv1715-MMA (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 60] |

Plaintiff Michael Lamar Pressley, proceeding *pro se* and *in forma pauperis*, filed a Second Amended Complaint ("SAC") pursuant to 42 U.S.C. § 1983 alleging violations of his Eighth and Fourteenth Amendment rights by Defendant Pacheco. *See* Doc. No. 41. Defendant has answered Plaintiff's allegations and the parties have commenced the discovery phase of litigation. *See* Doc. Nos. 52, 53. On August 12, 2020, Douglas S. Gilliland, Esq., of the Gilliland Firm, appeared as counsel of record for Plaintiff. *See* Doc. No. 57. Mr. Gilliland now moves to withdraw as counsel of record based on Plaintiff's precedent retention of counsel from the firm of Trial Lawyers for Justice. *See* Doc. No. 60. Mr. Gilliland's motion is unopposed. *See* Doc. No. 60-1, Gilliland Decl. ¶¶ 6-8.

Upon due consideration, good cause appearing, the Court **GRANTS** Plaintiff's counsel's motion to withdraw as counsel of record. The Clerk of Court is directed to terminate Mr. Gilliland as counsel of record for Plaintiff as of the date this Order is filed. Plaintiff once again will proceed in this matter *pro se* until such time that attorneys associated with the firm of Trial Lawyers for Justice file a Notice of Appearance as counsel of record for Plaintiff. To the extent attorneys associated with the firm intend to appear on Plaintiff's behalf, the Court recommends they file their Notice of Appearance forthwith.

Finally, the Court **DIRECTS** Mr. Gilliland to provide a copy of this Order to Plaintiff. The Court reminds Plaintiff that while he proceeds *pro se* he must comply with Civil Local Rule 83.11 and "keep the court and opposing parties advised as to current address." CivLR 83.11.b.

**IT IS SO ORDERED**.

DATE: September 9, 2020

HON. MICHAEL M. ANELLO
United States District Judge