Case 3:17-cv-01715-MMA-MDD   Document 65   Filed 12/14/20   PageID.349   Page 1 of 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMAR PRESSLEY,<br><br>                              Plaintiff,<br>v.<br>M. PACHECO, et al.,<br><br>                             Defendants. | Case No.: 17cv1715-MMA-MDD<br><br>**ORDER GRANTING IN PART EX PARTE MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 63] |

On November 24, 2020, M. Pacheco, M. Martinez, and William D. Gore (collectively, "Defendants") moved the Court to extend the discovery deadlines by approximately three months. (ECF No. 63 at 4). The Court ordered Plaintiff to file a response in opposition, if any, on or before December 4, 2020. (ECF No. 64). To date, Plaintiff has not filed an opposition. (*See* Docket).

Defendants explain that good cause exists to extend discovery deadlines because Plaintiff has not been cooperative with the discovery process. (ECF No. 63 at 2). For example, Plaintiff failed to produce responsive documents upon release from prison, forcing Defendants to issue third party subpoenas. (*Id.*). Also, Plaintiff has repeatedly indicated he is represented by counsel, but each identified attorney states that they do not

1

17cv1715-MMA-MDD

represent Plaintiff. (*Id.* at 2-3). Finally, Plaintiff failed to testify at his deposition. (*Id.* at 3). Plaintiff appeared at his November 6, 2020 deposition, but did not bring or produce documents. (*Id.* at 2). He also stated that he was ill, had a fever, should be quarantined, and that he had counsel who had not yet appeared. (*Id.* at 3). Defendants suspended the deposition and obtained names from Plaintiff of individuals he stated were his attorneys.[1] (*Id.*). After the court reporter left, Plaintiff indicated he could proceed with the deposition. (*Id.*).

In further support of their motion, Defendants state that they have not been able to contact Plaintiff since the November 6, 2020 deposition. (*Id.*). Defendants re-noticed Plaintiff's deposition with document demands for December 22, 2020. (*Id.*). Defendants attempted to contact Plaintiff through his sister's telephone number, but the call went straight to voicemail. (*Id.* at 4). Further, the mailed notice of deposition was returned as undeliverable, despite Plaintiff confirming that address is valid on November 6, 2020. (*Id.*). Defendants also emailed Plaintiff several times to no avail. (*Id.*).

Upon due consideration, and good cause appearing, the Court **GRANTS IN PART** the motion to continue. The Court **GRANTS** Defendants' motion to extend the discovery deadline to **December 22, 2020** for the sole purpose of taking Plaintiff's deposition. Defendants are **ORDERED** to file a status report on or before **December 30, 2020** advising the Court if Plaintiff appeared and cooperated at the deposition. If so, Defendants may file a renewed motion to extend deadlines. If not,

---

[1] As indicated previously, each identified attorney told Defendants they did not represent Plaintiff. Further, no notices of appearance have been filed on behalf of Plaintiff since his former attorney withdrew. (*See* Docket).

1  Defendants may file a motion for sanctions, including terminating sanctions.
2      **IT IS SO ORDERED**.
3  Dated:   December 14, 2020
4                                                Hon. Mitchell D. Dembin
5                                                United States Magistrate Judge